**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **VERIFIRE NETWORK SOLUTIONS, LLC,**<br><br>               Plaintiff,<br>v.<br><br>**ADTRAN, INC.,**<br><br>               Defendant. | Case No. 2:15-cv-927<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |
| **VERIFIRE NETWORK SOLUTIONS, LLC,**<br><br>               **Plaintiff,**<br>**v.**<br><br>**HILLSTONE NETWORKS CORP.,**<br><br>               **Defendant.** | Case No. 2:15-cv-937<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**AGREED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS
BETWEEN PLAINTIFF VERIFIRE AND DEFENDANT HILLSTONE**

Plaintiff VeriFire Network Solutions, LLC ("VeriFire") and Defendant Hillstone Networks Corp. ("Hillstone"), pursuant to Federal Rule of Civil Procedure 41 and their agreement, hereby move for an order dismissing all claims by Plaintiff VeriFire against Defendant Hillstone made therein, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

WHEREAS entry of default was made on July 27, 2015 due to Hillstone's unintentional failure to respond to the Complaint because it had not received timely notice from its agent for service;

WHEREAS the parties stipulate that there is good cause to set aside the entry of default and resolve the dispute;

Wherefore, Plaintiff VeriFire respectfully requests that the Court enter the proposed order of dismissal submitted herewith.

Dated: September 29, 2015                                   Respectfully submitted,

                                                                                              */s/ Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff*
*VeriFire Network Solutions, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 29, 2015, I conferred by email with counsel for Defendant.  Defendant's counsel has agreed to the form and substance of this motion.  Accordingly, this motion is an agreed motion.

                                                    */s/ Keith Smiley*
                                                    Keith Smiley

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 29, 2015.

                                                    */s/ Craig Tadlock*
                                                    Craig Tadlock